UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA ANN LANE,<br><br>           Debtor.<br>_____/ | Chapter 13<br>Case No.: 10-76553<br>Hon: Marci B. McIvor |
| PATRICIA ANN LANE,<br><br>           Plaintiff,<br><br>vs.<br><br>CHARTER ONE<br><br>           Defendant,<br>_____/ | Adversary Case No.: 10-07454 |

**CERTIFICATE OF SERVICE**

    I, Amber Buhler, hereby certify that on December 6, 2010, I filed the Summons and Complaint, and the Proof of Service with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Clerk, U.S. Bankruptcy Court**
**Eastern District of Michigan**
**211 West Fort Street**
**Detroit, MI 48226**

and I hereby certify that on December 10, 2010, I have mailed by First Class Mail and Certified mail the Summons and Complaint with exhibits and this Proof of Service to the following non-ECF participants:

**See Attached**

Date: December 10, 2010

/s/ Amber Buhler
Amber Buhler
3221 W. Big Beaver, Ste. 102A
Troy, MI 48084
248-649-1222
Robertdewitt@robertdewitt.com

Charter One
PO Box 42113
Providence, RI 02940-2113


Charter One c/o Ellen Alemany, CEO
1215 Superior Avenue
Cleveland, OH 44114


Charter One/Citizen Financial Group, Inc., Corporate Office
One Citizen Plaza
Providence, RI 02903