UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Patricia Ann Lane

   Debtor(s),

Case No. 10-76553
Judge: Marci B. McIvor
Chapter: 13

_____/

Patricia Ann Lane

   Plaintiff,

Adversary Case No. 10-07454

v.

RBS CITZENS, N.A. FKA CHARTER ONE BANK

   Defendant,

_____/

Jonathan F. Rosenthal (P66851)
Weltman Weinberg & Reis, Co., LPC
Attorney for Defendant
2155 Butterfield Drive, Suite 200-S
Troy, MI 48084
(248)362-6188
jrosenthal@weltman.com
_____/

**CONSENT JUDGMENT**

 **Now Comes** the parties, through their attorneys and stipulate to the following:

 **IT IS HEREBY ORDERED THAT** a Consent Judgment is entered against RBS CITZENS, N.A. FKA CHARTER ONE BANK**.**

 **IT IS HEREBY FURTHER ORDERED THAT** upon completion of the debtor's Chapter 13 plan and the entry of a Chapter 13 discharge order in bankruptcy case number 10-76553, the mortgage ("Mortgage"), dated December 22, 2006, and recorded on January 22, 2007 in Liber 38658, Page 468 of Oakland County records, covering the following described property ("Property") 2847 KENMORE, BERKLEY,MI 48072, located in Oakland County, the State of Michigan with a legal description to wit: BROOKLINE HILLS LOT 311 & S 20 FT OF LOT 312 Commonly known as: 2847 Kenmore Rd., Berkley, MI 48072, Tax ID No.:25-18-278-022, will be stripped from the Property.

**IT IS HEREBY FURTHER ORDERED THAT** upon completion of the debtor's Chapter 13 plan and the entry of a Chapter 13 discharge order, in bankruptcy case number 10-76553, the debtor may record a certified copy of this order, with a copy debtor's Chapter 13 discharge order attached, with the Oakland County Register of Deeds, which will constitute and effectuate the discharge of the Mortgage.

**IT IS HEREBY FURTHER ORDERED THAT** if the debtor fails to complete the debtor's Chapter 13 plan and obtain a Chapter 13 discharge order in bankruptcy case number 10-76553, this order does not affect the validity or enforceability of the Mortgage and may not be used in any subsequent bankruptcy case for the debtor either to compel the holder of the Mortgage to execute a discharge of the Mortgage, or to otherwise act as a discharge of the Mortgage.

**IT IS HEREBY FURTHER ORDERED THAT** RBS CITZENS, N.A. FKA CHARTER ONE BANK's claim shall be treated as a Class 8 general unsecured claim.

**So Ordered, Decreed and Adjudged.**

```
Signed on January 20, 2011
```

                        /s/ Marci B. McIvor
                        Marci B. McIvor
                        United States Bankruptcy Judge